# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| CHRIS JENSEN | |
| PLAINTIFF | |
| V. | CASE NO. 4:19CV00085 SWW |
| SHERWOOD TIRE SERVICE, INC. | |
| DEFENDANT | |

## **ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 6], this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF MAY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE